# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CR104 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROMAN GABRIEL HARLAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Due to the jury trial of Infogroup v. Gupta, 8:14CV49 continuing into the week of August 20, 2018; the matter of USA v. Parsons, 4:17CR3038 proceeding to trial on August 28, 2018; plaintiff and defense counsels' unavailability on September 4 due to trying another criminal case; and the matter of USA v. Papazian, 4:18CR3008 proceeding to trial on September 10, 2018; the jury trial on the above-referenced matter is continued to September 17, 2018 at 9:00 a.m.

**DATED: August 13, 2018.**

**BY THE COURT:**

s/ Susan M. Bazis
**United States Magistrate Judge**