IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-104 |
| vs. | |
| ROMAN GABRIEL HARLAN, | ORDER |
| Defendant. | |

This matter is before the Court on the government's motion in limine ([filing 42](#)), following an in-chambers conference. The motion will be granted.

First, the government asks the Court to exclude "[a]ny criminal history, including arrest, charge, conviction and/or disposition information, of the victim, T.M., or her sister." That will be granted, subject to revisitation *if* any relevant and admissible evidence is proffered.

Second, the government asks the Court to exclude evidence of "[a]ny history of alcohol or drug use of any government witness." That will be granted as to *history*, with the clarification that it does not preclude evidence of any use of alcohol or drugs at or before the time of the alleged crimes, that might be relevant to the witness's perception of events. Likewise, this ruling is subject to revisitation *if* any relevant and admissible evidence is proffered.

Third, the government asks the Court to exclude "[a]llegations regarding any prior bad acts of the victim, T.M." The defense represents that it is aware of no such allegations, and so this request will be granted, again subject to revisitation should the defendant proffer anything new.

Finally, the government asks the Court to exclude evidence of "[t]he penalties associated with the offenses charged, including imprisonment." That request will be granted without objection. Accordingly,

IT IS ORDERED that the government's motion in limine (filing 42) is granted.

Dated this 13th day of September, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge