IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br><br>ROMAN GABRIEL HARLAN,<br><br>                    Defendant. | 8:18CR104<br><br><br>ORDER |

   Defendant has requested that the Court appoint counsel to assist him with a § 2255 motion. (Filing No. 119.) A court may appoint counsel for any financially eligible person seeking relief under § 2255 when the interests of justice so require. *See* 18 U.S.C. § 3006A(a)(2). In making the determination to appoint counsel, a court must decide whether the *pro se* litigant has presented a nonfrivolous claim and whether the nature of the litigation will make the appointment of counsel of benefit to the litigant and the court. *Battle v. Armontrout,* 902 F.2d 701, 702 (8th Cir.1990). Defendant has not shown that appointment of counsel would benefit Defendant or the Court regarding any matter. Defendant's § 2255 motion was denied on November 1, 2021.

   **IT IS ORDERED** that Defendant's Motion to Appoint Counsel (Filing No. 119) is denied.

   Dated this 25th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge